JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| N. CHARLES PICKETT, | ) | NO. CV 18-8755-GW(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| E. HAWKINS, ET AL., | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that the Third Amended Complaint and the action are dismissed without leave to amend and with prejudice.

DATED: January 11, 2021.

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE